# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 7
In the Matter of Brookdale
Physicians' Dialysis Associates,
Inc., &c.,
     Respondent,
et al.,
     Petitioner,
   v.
Department of Finance of the City
of New York,
     Appellant.

Andrea M. Chan, for appellant.
Menachem J. Kastner, for respondent.

Reargument ordered for a future Court session. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided January 10, 2023